# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE PETITION FOR WRIT OF MANDAMUS OF LOS ANGELES TIMES COMMUNICATIONS LLC** | Civ. Action No. 21-cv-1508<br><br>Related Cases:<br>No. 1:21-SW-00028<br>No. 1:21-MJ-00009 |

## CORPORATE DISCLOSURE STATEMENT

In compliance with D.C.COLO.LCivR 7.4, the undersigned, counsel of record for Los Angeles Times Communications LLC, certifies that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Los Angeles Times Communications LLC which have any outstanding securities in the hands of the public:

Los Angeles Communications LLC is wholly owned by NantMedia Holdings, LLC.

Dated: June 4, 2021

>
> Respectfully submitted,
>
> */s/ Katie Townsend*
> Katie Townsend
> ktownsend@rcfp.org

1

Rachael Johnson
rjohnson@rcfp.org
REPORTERS COMMITTEE FOR
    FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9300
Facsimile: 202.795.9310

*Counsel for Los Angeles Times Communications LLC*