# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **IN RE PETITION FOR WRIT OF MANDAMUS OF LOS ANGELES TIMES COMMUNICATIONS LLC** | Civ. Action No. 21-cv-1508<br><br>Related Cases:<br>No. 1:21-SW-00028<br>No. 1:21-MJ-00009 |

## CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Los Angeles Times Communications LLC, certify that I caused the Petition of Los Angeles Times Communications, LLC for Writ of Mandamus Compelling Unsealing of Judicial Records in Case No. 1:21-SW-28 or, in the Alternative, Motion to Intervene and Unseal, the Memorandum of Law in Support, Civil Cover Sheet, Declaration of Nathan Fenno, and Rule 7.4 Corporate Disclosure Statement to be served via hand-delivery on June 8, 2021, on interested party the United States Attorney's Office for the District of Colorado at:

> United States Attorney's Office
> 1801 California Street, Ste. 1600
> Denver, CO 80202

The affidavit of service is attached hereto as **Exhibit A**.

Further, following e-mail communications on June 4, 2021 in which counsel agreed to waive personal service, I caused the above-referenced filings to be served on interested party Klete Keller via overnight mail at:

> Edward B. MacMahon , Jr.
> EDWARD B. MACMAHON, JR., PLC
> 107 East Washington Street
> Middleburg, VA 20118

Confirmation of delivery on June 8, 2021 is attached hereto as **Exhibit B**.

Dated:  June 9, 2021

> Respectfully submitted,
>
> */s/ Katie Townsend*
> Katie Townsend
> ktownsend@rcfp.org
> REPORTERS COMMITTEE FOR
>   FREEDOM OF THE PRESS
> 1156 15th St. NW, Suite 1020
> Washington, D.C. 20005
> Phone: 202.795.9300
> Facsimile: 202.795.9310
>
> *Counsel for Los Angeles Times Communications LLC*

# EXHIBIT A

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
901 19th Street, Denver, CO 80294

## Affidavit of Service

Case #:  21-cv-1508

IN RE PETITION FOR WRIT OF MANDAMUS OF LOS ANGELES TIMES COMMUNICATIONS LLC

Received on June 07, 2021 at 8:32 am

I, **Fred Lowe**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **June 08, 2021 at 1:37 pm**, I executed service of a PETITION OF LOS ANGELES TIMES COMMUNICATIONS, INC. FOR WRIT OF MANDAMUS COMPELLING UNSEALING OF JUDICIAL RECORDS IN CASE NO. 1:21-SW-00028 OR, IN THE ALTERNATIVE, MOTION TO INTERVENE AND UNSEAL; MEMORANDUM OF LAW IN SUPPORT OF LOS ANGELES TIMES COMMUNICATIONS, INC.'S PETITION FOR WRIT OF MANDAMUS COMPELLING UNSEALING OF JUDICIAL RECORDS IN CASE NO. 1:21-SW-00028 OR, IN THE ALTERNATIVE, MOTION TO INTERVENE AND UNSEAL; DECLARATION OF NATHAN FENNO IN SUPPORT OF LOS ANGELES TIMES COMMUNICATIONS, INC.'S PETITION FOR WRIT OF MANDAMUS COMPELLING UNSEALING OF JUDICIAL RECORDS IN CASE NO. 1:21-SW-00028 OR, IN THE ALTERNATIVE, MOTION TO INTERVENE AND UNSEAL; CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET, on **CIVIL PROCESSOR** at **U.S. Attorney's Office for the District of Colorado, 1801 California Street, Suite 1600, Denver, Denver County, CO 80202**.

**By Government Agency Service: PATTI ARGELLO - RECEPTIONIST AUTHORIZED TO ACCEPT**

**Physical Description:**

Race: Hispanic   Sex: Female   Age: 50's   Height: 5' 6"   Weight: 135 lbs   Hair: Dk. Brown   Glasses: No

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

_____
Fred Lowe

Subscribed and sworn before me by the affiant who is personally known to me.

_Tara Aragon_
Notary

June 9, 2021
Date

```
TARA ROSE ARAGON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174036209
MY COMMISSION EXPIRES AUGUST 29, 2021
```

Field Sheet Id: 14636
Client Reference:   United States 21-cv-1508

Page 1 of 1
Process ServerSoftware Pro

# EXHIBIT B

June 09, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 773930497245

| **Delivery Information:** | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | B.EDWARD | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday | | MIDDLEBURG, VA, |
| | | **Delivery date:** | Jun 8, 2021 10:34 |

| **Shipping Information:** | | | |
|---|---|---|---|
| **Tracking number:** | 773930497245 | **Ship Date:** | Jun 7, 2021 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**  
MIDDLEBURG, VA, US,

**Shipper:**  
Washington, DC, US,

**Reference**         In re L.A. Times (K. Keller)

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx