IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01508-DDD

IN RE PETITION FOR WRIT OF MANDAMUS OF
LOS ANGELES TIMES COMMUNICATIONS LLC.

## JOINT MOTION TO SET BRIEFING SCHEDULE

Petitioner, Los Angeles Times Communications LLC (the "Los Angeles Times" or "Times"), and the United States of America respectfully move the Court to approve their proposed briefing schedule on the Times's petition for writ of mandamus.[1] This action involves a request by the Times for certain sealed judicial records. In support of this request, the parties state as follows:

On June 4, 2021, the Times filed its Petition for Writ of Mandamus. ECF No. 1. On or about June 8, 2021, the Petition was served on the United States Attorney's Office for the District of Colorado. On June 23, 2021, counsel for the parties conferred regarding a briefing schedule on the Petition. Counsel for the United States indicated that review of the Petition was underway within the Government, and that additional time was needed to coordinate a response to the Petition. The parties negotiated a briefing schedule in which the Government's response would be due prior to the 60-day limit set forth in Fed. R. Civ. P. 12. The parties are in agreement that this briefing schedule is the most efficient way to proceed in this case.

The parties respectfully propose the following briefing schedule:

---

[1] Although the Petition seeks relief from the Clerk of Court, *see* ECF No. 1 at 1 (seeking "an order directing the Clerk of the Court to unseal the sealed judicial records"), the Department of Justice intends to represent the interests of the United States that are implicated by the Petition and does not at this time anticipate that the Clerk will separately participate in these proceedings.

1

- July 26, 2021: United States files a response to the Petition

- August 16, 2021: Los Angeles Times files a reply in support of the Petition

- Any hearing on the Petition to be scheduled at the Court's discretion following submission of the reply brief.

A proposed order accompanies this motion.

Dated: June 23, 2021                                                  Respectfully submitted,

| | |
|---|---|
| /s/ Katie Townsend<br>Katie Townsend<br>ktownsend@rcfp.org<br>Rachael Johnson<br>rjohnson@rcfp.org<br>REPORTERS COMMITTEE FOR<br>FREEDOM OF THE PRESS<br>1156 15th St. NW, Suite 1020<br>Washington, DC 20005<br>Phone: 202.795.9300<br>Facsimile: 202.795.9310<br><br>*Counsel for Los Angeles Times Communications LLC* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br><br>ELIZABETH J. SHAPIRO<br>Deputy Director<br>Federal Programs Branch<br><br>/s/ M. Andrew Zee<br>M. ANDREW ZEE (CA Bar No. 272510)<br>Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>450 Golden Gate Ave.<br>San Francisco, CA 94102<br>Tel: (415) 436-6646<br>Fax: (415) 436-6632<br>E-mail: m.andrew.zee@usdoj.gov<br><br>*Counsel for the United States* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses: ktownsend@rcfp.org

                                            */s/ M. Andrew Zee*
                                            M. ANDREW ZEE (CA Bar No. 272510)