UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE PETITION FOR WRIT OF MANDAMUS OF LOS ANGELES TIMES COMMUNICATIONS LLC | Civ. Action No. 21-cv-1508<br><br>Related Cases:<br>No. 1:21-SW-00028<br>No. 1:21-MJ-00009 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Petitioner Los Angeles Times Communications LLC hereby gives notice that the above-captioned action is voluntarily dismissed. Said dismissal is with prejudice as to the records unrestricted and made publicly available in redacted form by orders of this Court dated August 4 and August 12, 2021. *See* Order to Unrestrict, *In the Matter of Address of Klete Derik Keller*, No. 1:21-SW-00028 (D. Colo. Aug. 4, 2021); Order to Unrestrict, *In the Matter of Address of Klete Derik Keller*, No. 1:21-SW-00028 (D. Colo. Aug. 12, 2021).

In light of Petitioner's voluntary dismissal, the above-captioned action, No. 21-cv-1508, may be closed.

Dated: August 13, 2021 Respectfully submitted,

                                        *s/ Katie Townsend*
                                        Katie Townsend
                                        ktownsend@rcfp.org
                                        Rachel Johnson
                                        rjohnson@rcfp.org
                                        REPORTERS COMMITTEE FOR
                                          FREEDOM OF THE PRESS
                                        1156 15th St. NW, Suite 1020
                                        Washington, DC 20005
                                        Phone: 202.795.9300
                                        Facsimile: 202.795.9310

                                        *Counsel for Los Angeles*
                                        *Times Communications LLC*